**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**DAVID W. PRIDGEON,**
        **Plaintiff,**

**vs.**                                                      **5:05cv106/LAC/MD**

**REX WILLIFORD,**
        **Defendant.**
_____

**O R D E R**

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on July 5, 2005, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.      The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.      This cause of action is DISMISSED with prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii), and the clerk is directed to close the file.

DONE AND ORDERED this 4th day of August, 2005.


                                        s/L. A. Collier
                                        **LACEY A. COLLIER**
                                        **SENIOR UNITED STATES DISTRICT JUDGE**